IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGALO INTERNATIONAL, LLC | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv -1103-LPS-CJB |
| | ) | |
| MUNCHKIN, INC. | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## DECLARATION OF DONNA MARKS

I, Donna Marks, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen years and am competent to testify as to the matters asserted herein. I make this Declaration based upon personal knowledge. I submit this Declaration opposing *Defendant Munchkin, Inc.'s Motion to Disqualify Plaintiff's Counsel Panitch, Schwarze, Belisario, & Nadel, LLP*.

2. Because of the nature of Munchkin's motion, this Declaration may touch on attorney work product, as well as attorney-client privileged information. I have attempted to provide sufficient details necessary for the Court to properly evaluate the motion, while not disclosing any information protected as attorney work product or privileged attorney-client communications. Our firm does not waive either the attorney work product immunity for the information or subjects addressed herein, nor waive attorney-client privilege for the information or subjects addressed herein. I am prepared, however, to provide additional details to the Court if it desires regarding the information and subjects addressed herein, via *in camera* submission or a similar procedure that will ensure the information is protected attorney work product and/or attorney-client privileged.

3. I have been a staff member in a variety of roles at Panitch Schwarze Belisario & Nadel LLP ("Panitch") since 1985. I am currently the Docket Coordinator for Panitch. I am not an attorney.

4. I have reviewed the billing records produced by Panitch's accounting department related to Munchkin. The records reveal that I have billed 3.2 hours to Munchkin files during my 31-plus years at Panitch. Based on my experience with the Panitch billing and accounting department, I believe this to be accurate.

5. The time I spent on Munchkin matters was limited to the preparation of approximately 5-10 form letters to alert Munchkin to the publically available information that their trademark applications had been allowed. I do not recall working on any other matters for Munchkin.

6. From the time Ms. Genovese departed the Panitch firm, I have never accessed any Munchkin documents filed in Panitch's document management system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in <u>Philadelphia, Pennsylvania</u> on March 18, 2016

By: _____
Donna Marks