# PANITCH SCHWARZE BELISARIO & NADEL LLP
Intellectual Property Law

DENNIS J. BUTLER
(302) 394-6006/fax: (302) 394-6031
dbutler@panitchlaw.com

April 1, 2016

*Via Electronic Court Filing*

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 28, Room 2325
Wilmington, DE 19801-3555

Re: *Regalo International, LLC v. Munchkin, Inc.*
**C.A. No. 15-cv-01103-LPS-CJB**

Dear Judge Burke:

Pursuant to D. Del. Local Rule 7.1.4, plaintiff Regalo International, LLC ("Regalo") respectfully requests oral argument on defendant Munchkin, Inc.'s ("Munchkin") Motion to Disqualify Counsel (D.I. 13).

Briefing on the Motion to Disqualify Counsel is complete and the related docket entries are, as follows:

- Munchkin's Motion to Disqualify Plaintiff's Counsel Panitch Schwarze Belisario & Nadel LLP, filed March 1, 2016 (D.I. 13);

- Munchkin's Opening Brief in Support of its Motion to Disqualify Plaintiff's Counsel Panitch Schwarze Belisario & Nadel LLP, filed March 1, 2016 (D.I. 14);

- Regalo's Opposition to Munchkin's Motion to Disqualify Plaintiff's Counsel Panitch Schwarze Belisario & Nadel LLP, filed March 18, 2016 (D.I. 19); and

- Munchkin's Reply Brief, filed March 31, 2016 (D.I. 29).

Respectfully submitted,

/s/ Dennis J. Butler

Dennis J. Butler
Del. Bar. #5981

cc: All Counsel of Record (via EFS)